**FILED**

August 23, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:23-CR-01688-DCG** |
| | § | |
| **Plaintiff,** | § | **SEALED** |
| | § | **INDICTMENT** |
| **v.** | § | |
| | § | **CT 1:** 18 U.S.C. §§ 922(a)(1)(A), 923(a), and |
| **ANTHONY BATEMAN,** | § | 924(a)(1)(D) - Dealing Firearms without a |
| | § | License; |
| **Defendant.** | § | |
| | § | **CTS 2 – 4:** 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| | § | - False Statement During Purchase of a Firearm. |
| | § | |
| | § | *Notice of Government's Demand for Forfeiture* |
| | § | |

THE GRAND JURY CHARGES:

**COUNT ONE**
(18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

Beginning on or about June 19, 2022, and continuing through and including February 24, 2023, within the Western District of Texas, and elsewhere Defendant,

**ANTHONY BATEMAN,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title18, United States Code, did willfully engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWO**
(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

On or about November 16, 2022, in the Western District of Texas, Defendant,

**ANTHONY BATEMAN,**

in connection with the acquisition of a firearm, that is; one Glock Pistol, Model 19, 9mm caliber, serial number BWAH755; from Academy Sports and Outdoors, #129 a licensed dealer

of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Academy Sports and Outdoors, which statement was intended to deceive Academy Sports and Outdoors as to a fact material to the lawfulness of such sale of said firearm to **ANTHONY BATEMAN** under Chapter 44, Title 18, United States Code; in that **ANTHONY BATEMAN** stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

On or about October 19, 2022, in the Western District of Texas, Defendant,

**ANTHONY BATEMAN,**

in connection with the acquisition of a firearm, that is; one Taurus Pistol, Model GX4, 9mm caliber, serial number 1GC48607; from Academy Sports and Outdoors, #129 a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Academy Sports and Outdoors, which statement was intended to deceive Academy Sports and Outdoors as to a fact material to the lawfulness of such sale of said firearm to **ANTHONY BATEMAN** under Chapter 44, Title 18, United States Code; in that **ANTHONY BATEMAN** stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR
(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

On or about January 24, 2023, in the Western District of Texas, Defendant,

**ANTHONY BATEMAN,**

2

in connection with the acquisition of a firearm, that is; one Glock Pistol, Model 19, 9mm caliber, serial number BXPT842; from Academy Sports and Outdoors, #129 a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Academy Sports and Outdoors, which statement was intended to deceive Academy Sports and Outdoors as to a fact material to the lawfulness of such sale of said firearm to **ANTHONY BATEMAN** under Chapter 44, Title 18, United States Code; in that **ANTHONY BATEMAN** stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violations and Forfeiture Statutes
**[Title 18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to Defendant **ANTHONY BATEMAN** of its intent to seek the forfeiture of the properties described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 states, in pertinent part, the following:

> **Title 18 U.S.C. § 924.**
> * * *
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

3

The Notice of Demand of Forfeiture includes but is not limited to the properties described below in Paragraph II.

## II.
## Properties

1. Gold and black Glock, Model 17, Serial number AHAD685; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _Stanley M. Serwatka_
     Assistant U.S. Attorney

4